UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kamille Campbell<br><br>                    Plaintiff,<br><br><br>     -v.-<br><br>I.C. System, Inc.<br><br>                    Defendant. | Case No. 1:16-cv-04510-RRM-ST |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 19, 2018

| For Plaintiff | For Defendant |
|---|---|
| /s/ Daniel H. Kohn<br>Daniel H. Kohn<br>**RC Law Group, PLLC**<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dkohn@rclawgroup.com | /s/ Peter G. Siachos<br>Peter G. Siachos<br>**Gordon & Rees, LLP**<br>18 Columbia Turnpike - Suite 220<br>Florham Park, NJ 07932<br>psiachos@grsm.com |

1